**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6387

JOE RANGEL,

Petitioner – Appellant,

v.

PATRICIA STANSBERRY,

Respondent – Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  M. Hannah Lauck, Magistrate
Judge.  (3:08-cv-00782-MHL)

Submitted:  June 24, 2010          Decided:  July 1, 2010

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joe Rangel, Appellant Pro Se.  Jonathan Holland Hambrick,
Assistant United States Attorney, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joe Rangel, a federal prisoner, appeals the magistrate judge's order[*] denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. <u>Rangel v. Stansberry</u>, No. 3:08-cv-00782-MHL (E.D. Va., Jan. 12, 2010). We deny Rangel's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The parties consented to the exercise of jurisdiction by the magistrate judge pursuant to 28 U.S.C. § 636(c) (2006).

2